# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ZACHERY SCOTT KEESEE**
**ADC #175621**                                                                                    **PLAINTIFF**

v.                              No. 4:23-cv-1158-DPM

**TRAVIS L. EDDLEMAN, Deputy**
**Marshal, U.S. Marshal Service**                                                 **DEFENDANT**

## ORDER

This case is closely related to another pending case in the Eastern District of Arkansas, *Keesee v. Johnson*, Case No. 4:22-cv-2-BSM (E.D. Ark.). In the interest of judicial economy and consistent rulings, the Clerk of the Court is directed to transfer this case now to United States District Judge Brian S. Miller by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 December 2023