IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ZACHERY SCOTT KEESEE**  **PLAINTIFF**
**ADC #175621**

v.  CASE NO. 4:23-CV-01158-BSM

**UNITED STATES OF AMERICA**  **DEFENDANT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE